# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas, Sherman Division

| | |
|---|---|
| **KIMBERLY STARLING, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC and "STORM LEADS INNOVATION"**<br><br>*Defendant* | Civil Action No. 4:25-cv-00993 |

## AFFIDAVIT OF SERVICE

I, Sonia Davis, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 16, 2025, at 2:52 pm. I delivered these documents to HOMEOVER GENERAL CONTRACTORS, LLC in Denton County, TX on September 18, 2025 at 2:17 pm at 1609 W Hebron Pkwy, Suite 120, Carrollton, TX 75010 by leaving the following documents with Terri Lim who as Owner is authorized by appointment or by law to receive service of process for HOMEOVER GENERAL CONTRACTORS, LLC.

Summons in a Civil Action, CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL, and Civil Cover Sheet

Asian Female, est. age 25-34, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.02244084,-96.9366368745
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Sonia Davis, I am 18 years of age or older, and my address is 1400 Preston rd, 400a, Plano, TX 75093, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Collin County   ,    TX    on    9/19/2025    .

/s/ *Sonia Davis*

Sonia Davis
+1 (972) 805-3501
Certification Number: PSC-2875
Expiration Date: 8/31/2027



Exhibit 1a)



Exhibit 1b)