IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>HOMEOVER GENERAL CONTRACTORS, LLC<br><br>AND<br><br>"STORM LEADS INNOVATION",<br>*Defendants* | §§§§§§§§§§§§§§§§ | Case No. 4:25-CV-993 |

### DEFENDANT HOMEOVER GENERAL CONRACTORS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE COURT:

Defendant Homeover General Contractors, LLC ("Defendant") presents this unopposed motion for extension of time to file a response to Plaintiff's Complaint in the above captioned action, and would respectfully show the Court as follows:

1. Plaintiff filed her Original Complaint on September 9, 2025 in this Honorable Court.

2. The Affidavit of Service filed by Plaintiff indicates that Defendant was served with the Complaint on September 18, 2025.

3. Under Federal Rule of Civil Procedure 6(b)(1)(A), a district court may, for good cause, extend a filing deadline if a request is made before the original deadline expires.

4. The deadline for filing Defendant's response is currently set for Thursday, October 9, 2025. Therefore, the deadline has not yet expired.

5. Good cause exists to support this requested extension. Defendant requests a reasonable extension until November 7, 2025 to file a response to the Complaint.

6. The undersigned and/or his colleagues have conferred with counsel for the Plaintiff on this requested extension, and Plaintiff's counsel indicated he is not opposed to this extension.

7. In light of the foregoing, Defendant requests that the deadline to file its response to Plaintiff's Complaint be extended until Friday, November 7, 2025.

Defendant prays that the Court grant this Unopposed Motion in its entirety and extend the deadline for Defendant to respond to Plaintiff's Complaint until Friday, November 7, 2025, and for such other relief to which Defendant may show itself justly entitled.

**Dated**: October 8, 2025

Respectfully Submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ R. Kyle Hawes*
    R. Kyle Hawes
    State Bar No. 00796725
    717 Texas Avenue, Suite 2100
    Houston, Texas 77002
    Telephone: (346) 998-7821
    Facsimile: (346) 998-5901
    Email: kyle.hawes@wbd-us.com

**ATTORNEYS FOR DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel in this cause in accordance with the Federal Rules of Civil Procedure on this 8th day of October 2025.

*/s/ R. Kyle Hawes*
R. Kyle Hawes

## CERTIFICATE OF CONFERENCE

  This is to certify that members of the law firm of Womble Bond Dickinson US LLP have conferred with Plaintiffs' counsel, Andrew R. Perrong on October 8, 2025, and he has advised that his client is UNOPPOSED to this motion and the relief sought.

                */s/ R. Kyle Hawes*
                R. Kyle Hawes