IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>HOMEOVER GENERAL CONTRACTORS, LLC<br><br>AND<br><br>"STORM LEADS INNOVATION",<br>*Defendants* | § § § § § § § § § § § § § § § § | Case No. 4:25-CV-993 |

**ORDER**

Before the Court is Defendant Homeover General Contractors, LLC's ("Defendant") UNOPPOSED Motion for Extension of Time to File a Response to Plaintiff's Complaint ("the Motion"). After considering the Motion, and any arguments presented by counsel, and the entire file in this case, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Defendant's Motion is GRANTED and Defendant's deadline to file its response to Plaintiff's Complaint is extended from Thursday, October 9, 2025, until Friday, November 7, 2025.

Signed and ordered this _____ day of October 2025.

_____
Hon. District Court, Eastern District of Texas,
Sherman Division

WBD (US) 4921-0817-2400