**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-993-JDK |
| | § | |
| HOMEOVER GENERAL | § | |
| CONTRACTORS, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant HomeOver General Contractors, LLC's unopposed motion for extension of time to file a response to Plaintiff Kimberly Starling's complaint. Docket No. 4. Specifically, Defendant asks that the deadline to respond be extended to November 7, 2025. *Id.*

The Court hereby **GRANTS** the motion to extend the deadline (Docket No. 4). Defendant HomeOver General Contractors, LLC's deadline to respond to the complaint is hereby set as **November 7, 2025**.

So **ORDERED** and **SIGNED** this **9th**  day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE