IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No. 4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Kimberly Starling ("Plaintiff" or "Ms. Starling") and Defendant HomeOver General Contractors, LLC, file this consent motion for extension of time within which to respond to Defendant's Motion to Dismiss. The Parties have agreed to have the Plaintiff's response in opposition to the motion due by December 2, 2025, with any reply due by December 16, 2025, and respectfully request that the Court enter an order to that effect.

RESPECTFULLY SUBMITTED AND DATED this 11th day of November, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com


and

WBD (US) 4921-0517-5929

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ R. Kyle Hawes
R. Kyle Hawes
State Bar No. 00796725
717 Texas Avenue, Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7821
Facsimile: (346) 998-5901
Email: kyle.hawes@wbd-us.com

**ATTORNEYS FOR DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC**