IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No.<br>4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed/Stipulated Motion for Extension of Time until and including December 2, 2025 for Plaintiff to respond to Defendant's Motion to Dismiss, and December 16, 2025 for Defendant to reply, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Motion is GRANTED.