IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KIMBERLY STARLING, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:25-cv-993-JDK |
| § | |
| HOMEOVER GENERAL § | |
| CONTRACTORS, LLC, et al., § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is the parties' joint motion for extension of time (Docket No. 7) to file a response and a reply to Defendant Homeover General Contractors, LLC's motion to dismiss (Docket No. 6). The parties have agreed to have Plaintiff's response to the motion due by December 2, 2025, with any reply due by December 16, 2025. Docket No. 7 at 1.

The parties' joint motion (Docket No. 7) is hereby **GRANTED**. Accordingly, Plaintiff's response to the motion dismiss (Docket No. 6) is due **December 2, 2025**. Defendant's reply is due **December 16, 2025**.

So **ORDERED** and **SIGNED** this **12th** day of **November, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE