**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **HOMEOVER GENERAL CONTRACTORS, LLC** **and** **"STORM LEADS INNOVATION"** *Defendants.* | Case No. 4:25-cv-993 **CLASS ACTION** **JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____
J.