IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, Individually and on behalf of all others similarly situated,<br>    *Plaintiff*<br><br>v.<br><br>HOMEOVER GENERAL CONTRACTORS, LLC<br><br>AND<br><br>"STORM LEADS INNOVATION",<br>    *Defendants* | § § § § § § § § § § § § § § § | Case No. 4:25-CV-993 |

**DEFENDANT HOMEOVER GENERAL CONRACTORS, LLC'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

In support of its Motion to Dismiss (Dkt. 6), Defendant HomeOver General Contractors LLC respectfully submits for the Court's review the following opinion published after Defendant filed its Reply in support of the Motion ("Reply) (Dkt. 10):

a) *Dickson v. Direct Energy L.P.*, No. 5:18-cv-00182-JRA, 2025 U.S. Dist. LEXIS 259926 (N.D. Ohio Dec. 16, 2025) – This opinion is relevant to the arguments raised in sections IV.A of the Motion and I of the Reply.  A copy of this opinion is attached hereto as Exhibit A.

**Dated**: December 19, 2025

    Respectfully Submitted,

    **WOMBLE BOND DICKINSON (US) LLP**

By:  */s/ R. Kyle Hawes*
    R. Kyle Hawes
    State Bar No. 00796725
    717 Texas Avenue, Suite 2100
    Houston, Texas 77002
    Telephone: (346) 998-7821
    Facsimile: (346) 998-5901
    Email: kyle.hawes@wbd-us.com

    **ATTORNEYS FOR DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel in this cause in accordance with the Federal Rules of Civil Procedure on this 19th day of December 2025.

                                            */s/ R. Kyle Hawes*
                                            R. Kyle Hawes