**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, Individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § | |
| *Plaintiff* | | |
| v. | | Case No. 4:25-CV-993 |
| HOMEOVER GENERAL CONTRACTORS, LLC | | |
| AND | | |
| "STORM LEADS INNOVATION", *Defendants* | | |

**DEFENDANT HOMEOVER GENERAL CONRACTORS, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE COURT:

Defendant Homeover General Contractors, LLC ("Defendant") presents this UNOPPOSED motion for extension of time to file its Answer to Plaintiff's Complaint in the above captioned action, and would respectfully show the Court as follows:

1. Plaintiff filed her Original Complaint on September 9, 2025 in this Honorable Court.

2. On November 4, 2025, Defendant filed a Motion to Dismiss the Complaint ("Motion"). Dkt. 7.

3. On June 8, 2026, the Court entered an Order granting and denying in part the Motion. Dkt. 12.

4. Under Federal Rule of Civil Procedure 6(b)(1)(A), a district court may, for good cause, extend a filing deadline if a request is made before the original deadline expires.

5.   The deadline for filing Defendant's Answer to the Complaint is currently set for Monday, June 22, 2026.  Therefore, the deadline has not yet expired.

6.   Defendant requests a reasonable extension until Monday, July 20, 2026 to file its Answer to the Complaint.  Good cause exists to support this requested extension because Defendant's counsel is on summer vacation immediately preceding the current June 22nd deadline.

7.   The undersigned and/or his colleagues have conferred with counsel for the Plaintiff on this requested extension, and Plaintiff's counsel indicated he is not opposed to this extension.

8.   In light of the foregoing, Defendant requests that the deadline to file its Answer to Plaintiff's Complaint be extended until Monday, July 20, 2026.

Defendant prays that the Court grant this Unopposed Motion in its entirety and extend the deadline for Defendant to file its Answer to Plaintiff's Complaint until Monday, July 20, 2026, and for such other relief to which Defendant may show itself justly entitled.

**Dated**: June 15, 2026

Respectfully Submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By:   */s/ R. Kyle Hawes*
        R. Kyle Hawes
        State Bar No. 00796725
        717 Texas Avenue, Suite 2100
        Houston, Texas 77002
        Telephone: (346) 998-7821
        Facsimile: (346) 998-5901
        Email: kyle.hawes@wbd-us.com

**ATTORNEYS FOR DEFENDANT
HOMEOVER GENERAL
CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel in this cause in accordance with the Federal Rules of Civil Procedure on this 15th day of June 2026.

*/s/ R. Kyle Hawes*
R. Kyle Hawes

## CERTIFICATE OF CONFERENCE

This is to certify that members of the law firm of Womble Bond Dickinson US LLP have conferred with Plaintiffs' counsel, Andrew R. Perrong on June 11, 2026, and he has advised that his client is UNOPPOSED to this motion and the relief sought.

*/s/ R. Kyle Hawes*
R. Kyle Hawes