## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, Individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*<br><br>v.<br><br>HOMEOVER GENERAL CONTRACTORS, LLC<br><br>AND<br><br>"STORM LEADS INNOVATION",<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-CV-993 |

### ORDER

Before the Court is Defendant HomeOver General Contractors, LLC's ("Defendant") Unopposed Motion for Extension of Time to File an Answer to Plaintiff's Complaint. After considering the Motion, the Response, and the Reply, if any, and the entire file in this case, the Court is of the opinion that the Unopposed Motion for Extension of Time to File an Answer to Plaintiff's Complaint is meritorious and should be GRANTED.

It is therefore ORDERED that Defendant's Motion to Dismiss is GRANTED in its entirety.

Defendant HomeOver General Contractors, LLC shall have until Monday, July 20, 2026 to file its answer to the Plaintiff's Complaint.