**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No.<br>4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PLAINTIFF KIMBERLY STARLING'S PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rules of Civil Procedure 16 and 26 and the Court's Order Governing Proceedings (ECF No. 16), the Court ORDERS that the following schedule shall govern the deadlines in this action up to and including the trial of this matter:

| **Date** | **Event** |
|---|---|
| September 4, 2026 | Discovery commences. |
| October 23, 2026 | All motions to amend the pleadings or to join additional parties shall be filed on or before this date. By this date Plaintiff shall also effect service on Defendant "Storm Leads Innovation" or to dismiss that Defendant. |
| March 19, 2027 | Fact Discovery Deadline. All fact discovery must be completed by this date. |
| April 16, 2027 | Parties with the burden of proof shall designate expert witnesses and provide their expert witness reports, including all information required by Federal Rule of Civil Procedure 26(a)(2)(B). |
| May 14, 2027 | Parties shall designate rebuttal expert witnesses on issues for which they do not bear the burden of proof and provide their expert witness reports, including all information required by Federal Rule of Civil Procedure 26(a)(2)(B). |

| | |
|---|---|
| June 18, 2027 | Expert Discovery Deadline. All expert discovery must be completed by this date. |
| July 2, 2027 | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 30 days after receipt of the written report of the expert's proposed testimony or not later than 30 days after the expert's deposition, if a deposition is taken, whichever is later, and in no event later than this date. |
| July 16, 2027 | Mediation shall be completed on or before this date. The parties shall mediate before a private mediator at their own expense and shall file a notice of the results of mediation, without disclosing settlement figures, within seven days of its conclusion. |
| July 30, 2027 | All dispositive motions and motions for class certification shall be filed and served on all other parties on or before this date. Responses shall be filed and served not later than 30 days after service of the motion and shall be limited to 30 pages. Any replies shall be filed and served not later than 14 days after service of the response and shall be limited to 15 pages, but the Court need not wait for the reply before ruling on the motion. |
| August 13, 2027 | By this date the parties shall meet and confer to determine pretrial deadlines, including the exchange of exhibit lists, designations of and objections to deposition testimony, and the exchange of demonstratives. |
| October 1, 2027 | By this date the parties shall exchange a proposed jury charge and proposed questions for the jury. By this date the parties shall also exchange draft motions *in limine* in order to determine which may be agreed. |
| October 22, 2027 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. |
| October 29, 2027 | By this date the parties shall submit to the Court their motions *in limine.* |
| November 12, 2027 | By this date the parties shall submit to the Court their Joint Pretrial Order, including the identification of the issues to be tried, the identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties shall also submit to the Court their oppositions to motions *in limine.* |
| December 3, 2027 | Final Pretrial Conference. The parties shall provide to the Court an agreed jury charge, with the supported objections of each party, and proposed questions for the jury, at the Final Pretrial Conference. |
| February 4, 2028 | Jury Selection shall begin at 9:00 a.m. on this date. |
| February 7, 2028 | Jury Trial commences at 9:00 a.m. on this date. |

The deadlines set forth above may be modified only upon a showing of good cause and by leave of Court. If the Court certifies one or more classes, the parties shall confer and, within thirty days of the Court's order on class certification, submit an amended joint proposed scheduling order addressing any deadlines that require adjustment in light of that ruling.

So ORDERED and SIGNED this ______ day of ____________________, 2026.

____________________________________
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

**AGREED:**

*By: /s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: (215) 225-5529
a@perronglaw.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

**ATTORNEYS FOR PLAINTIFF**