**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No. 4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC'S PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rules of Civil Procedure 16 and 26 and the Court's Order Governing Proceedings (ECF No. 16), the Court ORDERS that the following schedule shall govern the deadlines in this action up to and including the trial of this matter:

**General Deadlines**

1. The following deadlines apply without limitation as to individual versus class issues:

| | |
|---|---|
| Last day to file motions to amend the pleadings or to join additional parties. By this date Plaintiff shall also effect service on Defendant "Storm Leads Innovation" or to dismiss that Defendant. | October 23, 2026 |
| Last day to complete mediation | July 16, 2027 |

**Phase I Discovery**

2. All discovery during this initial period shall be limited to issues relevant to determining the merits of, and Plaintiff's standing to bring, Plaintiff's remaining individual claims against Defendant as alleged in the operative complaint.

3. The Parties may issue third party discovery during this initial discovery period as needed, but class related discovery shall not be allowed.

4. The Parties may petition the Court, separately or jointly, to extend Phase 1 as needed.

5. If expert discovery is necessary for Phase I, the parties are to meet and confer regarding any expert discovery needed and propose deadlines to the court.

6. The following deadlines apply only as to discovery regarding Plaintiff's individual claims:

| | |
|---|---|
| Close of fact Phase 1 discovery | December 18, 2026 |
| Last day to file motions relating to Phase 1 discovery | January 11, 2027 |
| Last day to file dispositive motions relating to Plaintiff's individual claims | February 1, 2027 |
| Last day to file opposition briefs | February 22, 2027 |
| Last day to file reply briefs | March 8, 2027 |

**Phase II Discovery**

7. If the case is not disposed of following Phase I, all class-related discovery will occur in Phase II.

8. The court will enter an additional schedule after the court has ruled on any dispositive motions relating to Plaintiff's individual claims.

9. Within fourteen (14) days after the court renders a decision on any dispositive motion, the Parties shall meet and confer and submit to the court a Joint Report and a Proposed Scheduling Order which shall include proposed deadlines for:

a. Close of fact discovery in Phase II;

b. All motions related to Phase II discovery;

c. Expert disclosures, including exchange of expert reports;

d. Class certification motions and accompanying briefing schedules;

e. Deadline to submit all dispositive motions, and accompanying briefing schedule(s);

f. Settlement conference; and

g. Trial and pre-trial submissions

The deadlines set forth above may be modified only upon a showing of good cause and by leave of Court.

So ORDERED and SIGNED this ______ day of ____________________, 2026.

________________________________
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

**AGREED:**

*By: /s/ R. Kyle Hawes*
R. Kyle Hawes
State Bar No. 00796725
WOMBLE BOND DICKINSON (US) LLP
717 Texas Avenue, Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7821
kyle.hawes@wbd-us.com

**ATTORNEYS FOR DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC**