**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING,<br><br>Plaintiff,<br><br>v.<br><br>HOMEOVER GENERAL CONTRACTORS, LLC, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-993-JDK |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Eastern District of Texas Local Rules (except as modified herein), the Court, having considered the Joint Report submitted by the parties, finds that the following schedule should govern the disposition of this case:

| | |
|---|---|
| July 16, 2027 | **Mediation Deadline.**<br><br>Within seven days after the mediation, the parties shall jointly prepare and file a written report, which shall be signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the outcome of the mediation. |

| | |
|---|---|
| **February 16, 2027** | **Rule 16 Scheduling Conference.**<br><br>If no dispositive motions are filed, the Court will hold a scheduling conference to determine a suitable trial date.<br><br>The Rule 16 Conference will be held in-person on **February 16, 2027**, at **10:00 a.m. at the William M. Steger Federal Building 211 West Ferguson St., Tyler, TX 75702**.<br><br>Lead counsel for each party, or alternatively, counsel with authority to bind their respective clients, shall be present. The parties are directed to confer and be prepared to discuss the contents of the Joint Report. The Court will issue a Scheduling Order following the Rule 16 Pretrial Conference. |
| February 1, 2027 | **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions).**<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will be granted only in exceptional circumstances.</u> |
| January 11, 2027 | **Deadline to file motions relating to Phase I discovery.** |
| December 18, 2026 | **Phase I Discovery Deadline.**<br><br>All Phase I discovery—including expert discovery—shall be completed by this date. The parties may agree to extend this discovery deadline, provided (a) the extension **does not affect** dispositive motions deadline, and (b) the parties jointly file written notice of the extension with the Court. |
| October 23, 2026 | **Deadline for Motions for Leave to Join Parties or Amend Pleadings.**<br><br>The parties may petition the Court to modify this deadline for good cause. |

| | |
|---|---|
| September 15, 2026 | **File Notice of Mediator.**<br><br>The parties may jointly file a notice that identifies an agreed upon mediator (with a proposed order appointing the mediator) or indicates that no agreement was reached. If the parties do not reach an agreement, the Court will appoint a mediator. The parties should confirm the mediator's availability and schedule mediation before the deadline. |

If any of these dates falls on a weekend or Court holiday, the deadline is modified to be the next Court business day. Also note that all deadlines in this Order are for **filing** or **delivery**, **not for mailing**.

Unless otherwise ordered or specified herein, all limitations and requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court must be observed.

## I. MODIFICATION OF SCHEDULING ORDER

As addressed above, this Order shall control the disposition of this case unless it is modified by the Court upon a showing of **good cause** and by leave of Court. FED. R. CIV. P. 16(b)(4).

## II. DISCOVERY DISPUTES

Before filing a motion to compel, a motion to quash, or a motion for protection from discovery, lead counsel for each party must confer in good faith concerning the dispute. If the dispute is not resolved by conferring in good faith, then a party may file an appropriate motion. Any such motion should include a certification by counsel describing the steps taken to comply with this paragraph.

## III. RESOURCES

The Eastern District of Texas website (www.txed.uscourts.gov) includes information about electronic filing, which is mandatory, the Local Rules, telephone numbers, general orders, frequently requested cases, the Eastern District fee schedule, and other information.

## IV. COMPLIANCE

A party is not excused from the requirements of this Scheduling Order simply because dispositive motions are pending, the party has not completed its investigation, the party challenges the sufficiency of the opposing party's disclosure, or another party has failed to comply with this Order or the rules.

Failure to comply with relevant provisions of the Local Rules, the Federal Rules of Civil Procedure, or this Order may result in the exclusion of evidence at trial, the imposition of sanctions by the Court, or both.

If a fellow member of the Bar makes a reasonable request for cooperation or seeks a scheduling accommodation, a lawyer will not arbitrarily or unreasonably withhold consent. However, the Court is not bound to accept agreements of counsel to extend deadlines imposed by rule or Court order. *See* Local Rule AT-3(j).

## V. INQUIRIES

Questions relating to this Scheduling Order or legal matters should be presented in a motion, as appropriate. For questions regarding electronic notice or electronic case files, please see the ECF FAQs on the Eastern District of Texas website.

So **ORDERED** and **SIGNED** this **4th** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE