**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No. 4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF MEDIATOR**

Pursuant to this Court's Amended Scheduling Order of September 4, 2026 (ECF No. 21), Plaintiff Kimberly Starling reports that no agreement regarding a mediator has yet been reached. However, lead counsel for Defendant is in the middle of a trial and was still corresponding with her client about whether the parties will be able to agree on one of the Plaintiff's proposals. Plaintiff submits this notice as the deadline to submit the instant notice is today, but respectfully requests that the Court grant a brief extension of two weeks to attempt to finalize a mutually acceptable mediator selection without having the Court make an appointment.

Dated: September 15, 2026

*By: /s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: (215) 225-5529
a@perronglaw.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

**ATTORNEYS FOR PLAINTIFF**