**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-993-JDK |
| | § | |
| HOMEOVER GENERAL | § | |
| CONTRACTORS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF TIME

Before the Court is Plaintiff's request to extend the deadline for the parties to submit notice of an agreed mediator. Docket No. 22. The Court hereby **GRANTS** the request. The parties shall submit notice of an agreed mediator by September 29, 2026.

So **ORDERED** and **SIGNED** this **16th** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE