**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HOMEOVER GENERAL CONTRACTORS, LLC**<br><br>**and**<br><br>**"STORM LEADS INNOVATION"**<br><br>*Defendants.* | Case No. 4:25-cv-993<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF MEDIATOR**

Pursuant to this Court's Amended Scheduling Order of September 4, 2026 (ECF No. 21), Plaintiff and Defendant HomeOver General Contractors, LLC hereby jointly stipulate to have the Court appoint as mediator John Walton Brookman.

Dated: September 28, 2026

*By: /s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: (215) 225-5529
a@perronglaw.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

**ATTORNEYS FOR PLAINTIFF**

By: *    /s/ R. Kyle Hawes*
R. Kyle Hawes
WOMBLE BOND DICKINSON (US) LLP
State Bar No. 00796725
717 Texas Avenue, Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7821
Facsimile: (346) 998-5901
Email: kyle.hawes@wbd-us.com

**ATTORNEYS FOR DEFENDANT HOMEOVER GENERAL CONTRACTORS, LLC**