**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-993-JDK |
| | § | |
| HOMEOVER GENERAL | § | |
| CONTRACTORS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPOINTING MEDIATOR

Before the Court is the parties' joint notice appointing mediator. Docket No. 24. **IT IS ORDERED** that John Walton Brookman is appointed as mediator in this case.

Mediation shall be completed by the date set forth in the Scheduling Order and in accordance with the Local Rules of the Eastern District of Texas.

**So ordered and signed on this**
**Sep 29, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE